UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LAURA WILLIAMS,

        Plaintiff,

vs.                                               Case No. 10-CV-14496
                                               HON. MARK A. GOLDSMITH


PROFESSIONAL DEBT MANAGEMENT,

        Defendant,

_____/

## ORDER TO SHOW CAUSE

On October 24, 2011, this Court issued an order (i) entering default in this matter, and (ii)

stating that Plaintiff had seven days from the date of that order to move for default judgment.

As the seven-day time period has passed and the Court has not received a motion from

Plaintiff for default judgment, it is ordered that Plaintiff show cause within ten days of the date

of this order why this case should not be dismissed for failure to move for default judgment.

SO ORDERED.

Dated:  November 4, 2011                s/Mark A. Goldsmith
       Flint, Michigan                   MARK A. GOLDSMITH
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record
and any unrepresented parties via the Court's ECF System to their respective email or First Class
U.S. mail addresses disclosed on the Notice of Electronic Filing on November 4, 2011.

                                          s/Deborah J. Goltz
                                          DEBORAH J. GOLTZ
                                          Case Manager