UNITED STATES DISTRIT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA WILLIAMS,

    Plaintiff,

v                                                              Case No. 10-CV-14496
                                                              HON. MARK A. GOLDSMITH

PROFESSIONAL DEBT MANAGEMENT,

    Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On November 4, 2011, the Court issued an order to show cause requiring Plaintiff to show cause why this matter should not be dismissed for failure to move for default judgment. Plaintiff has not responded to the Order, and the time to do so has expired.

Accordingly, it is ordered that this case is dismissed without prejudice. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-631 (1962).

Dated: March 9, 2012                              s/Mark A. Goldsmith
       Flint, Michigan                          MARK A. GOLDSMITH
                                                     United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 9, 2012.

                                                                s/Deborah J. Goltz
                                                                DEBORAH J. GOLTZ
                                                                Case Manager